IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MYCO T. STIBB and ANTHONY
A. HOERNEMAN,

                Plaintiffs,                 MEMORANDUM

   v.

                                       17-cv-504-jdp

JUAN GOMEZ and JACOB CROSS,

                Defendants.
_____

     Attached are semi-final versions of the voir dire, jury instructions, and verdict form for the parties' review prior to the final pretrial conference.

     Entered July 31, 2018.

                              BY THE COURT:

                              /s/
                              _____
                              JAMES D. PETERSON