IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MYCO T. STIBB and
ANTHONY A. HOERNEMAN,

    Plaintiffs,

v.

JUAN GOMEZ and JACOB CROSS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-504-jdp

---

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Juan Gomez and Jacob Cross against plaintiffs Myco T. Stibb and Anthony A. Hoerneman dismissing this case.

Approved as to form this 9TH day of August, 2018.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer
Clerk of Court

8/9/18
Date